# United ~~ates~~ Bankruptcy Court

Connecticut

Bridgeport

**VOLUNTARY PETITION**

| Name of Debtor - (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Imbruce, Richard P.** | **None** |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| None   *DN 200 - 533973* | **00  51511 AHWS** |

| Soc. Sec./Tax I.D. No. (if more than one, state all): | Soc. Sec./Tax I.D. No. (if more than one, state all): |
|---|---|
| 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 | |

| Street Address of Debtor (No. Street, City, State Zip Code): | Street Address of Joint Debtor (No. Street, City, State Zip Code): |
|---|---|
| 27 Bayberry Lane<br>Westport, CT  06880 | |

| County of Residence or of the Principal Place of Business:   Fairfield | County of Residence or of the Principal Place of Business: |
|---|---|
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor:
(if different from address listed above)

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| [X] Individual(s) | [ ] Railroad | [X] Chapter 7 | [ ] Chapter 11 | [ ] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case Ancillary to Foreign Proceeding | | |
| [ ] Other | | | | |

| Nature of Debt (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| [X] Consumer/Non-Business | [ ] Business | [X] Filing fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101.

[ ] Debtor is a small business and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)

[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**Statistical/Administrative Information  (Estimates only)**

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.

[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |



## Voluntary Petition

(This page must be completed and filed in every case).

**Name of Debtor(s):**

Richard P. Imbruce

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheets) | | |
|---|---|---|
| Location Where Filed: **None** | Case Number | Date Filed |

| Pending Bankruptcy Case Filed By Any Spouse, Partner Or Affiliate Of This Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor **None** | Case Number | Date Filed |
| District | Relationship | Judge |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 and 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

XX _Richard P Imbruce_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_12/22/00_
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

Stuart B. Ratner                    ct13886
Printed Name of Attorney for Debtor(s)

Stuart B. Ratner, P.C.
Firm Name

111 Prospect Street
Stamford, CT  06901-1208
Address

(203) 323-4900          (203) 323-4141
Telephone Number          Fax Number

_12/22/00_
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address                    Telephone Number

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____          _12/22/00_
Signature of Attorney for Debtor(s)          Date

# United States Bankruptcy Court

### Connecticut
### Bridgeport

In re:  **Richard P. Imbruce**                          Case No. _____

Debtor                                                            (If Known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $397,500.00 | | |
| B - Personal Property | Yes | 3 | $8,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $1,079,744.90 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $2,136.27 | |
| F - Creditors Holding Unsecured Non Priority Claims | Yes | 4 | | $75,366.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $7,335.34 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $10,200.00 |
| Total Number of Sheets in All Schedules ⇨ | | 17 | | | |
| Total Assets ⇨ | | | $405,500.00 | | |
| Total Liabilities ⇨ | | | | $1,157,247.89 | |

In re:  **Richard P. Imbruce**

**Social Security No.:  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**

Debtor

Case No.

Chapter    7

# SCHEDULE  A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or  "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single family residence; 27 Bayberry La, Westport, CT<br>27 Bayberry Lane<br>Westport, CT 06880 | Fee simple; owned jointly with wife | J | $397,500.00 | $680,000.00<br>Mortgage |
| | | | | $941.41<br>Judgment lien |
| | | | | $84,000.00<br>Judgment lien |
| | | | | $230,000.00<br>Mortgage |
| | | | | $32,000.00<br>Judgment lien |
| | | | | $1,054.55<br>Judgment lien |
| | | | | $1,680.00<br>State tax lien for income tax liabilities |

1    continuation sheet(s) attached

In re: **Richard P. Imbruce**

**Social Security No.:   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**

Debtor

Case No.

**Chapter    7**

# SCHEDULE  A - REAL PROPERTY

(Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | $1,855.00 |
| | | | | Judgment lien |
| | | Total: | $397,500.00 | |

   0    continuation sheet(s) attached

In re:  **Richard P. Imbruce**

Social Security No.:  **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**

Debtor

Case No.

Chapter    **7**

# SCHEDULE  B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash | I | $100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | bank account with Capital One Bank for secured credit card | I | $1,100.00 |
| | | checking account | J | $400.00 |
| | | Summit Bank #500172510608004544 0006 | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous household goods | J | $1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous books | J | $100.00 |
| 6.  Wearing apparel. | | Miscellaneous clothing | I | $500.00 |
| 7.  Furs and jewelry. | | Jewelry | J | $500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Ski equipment | J | $100.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

__2__     continuation sheet(s) attached

In re:  **Richard P. Imbruce**

**Case No.**

**Chapter    7**

**Social Security No.:    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**

Debtor

# SCHEDULE  B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | Bayberry Associates, Inc. a Delaware corp, which owns a sailboat; 10% of outstanding stock 27 Bayberry Lane Westport, CT 06880 | J | $4,200.00 |
| | | Pneumedics, Inc.; 100% of all outstanding stock in closely held business which is out of business 25 Van Zant Street Norwalk, CT 06855 | J | $0.00 |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

1    continuation sheet(s) attached

In re:  **Richard P. Imbruce**

**Case No.**

**Chapter    7**

Social Security No.:   **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**

Debtor

# SCHEDULE  B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles. | X | | | |
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28.  Inventory. | X | | | |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. Itemize. | X | | | |

0     continuation sheet(s) attached                                      Total   ⇨          $8,000.00

In re:  **Richard P. Imbruce**

**Case No.**

**Chapter    7**

Social Security No.:  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

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor elects the exemption to which debtor is entitled under**

☒ **11 U.S.C. 522(b)(1)**    Exemptions provided in 11 U.S.C. 522(d).  Note: These exemptions are available only in certain states.

☐ **11 U.S.C. 522(b)(2)**    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Cash | 11 USC § 522(d)(5) | $100.00 | $100.00 |
| checking account | 11 USC § 522(d)(5) | $400.00 | $400.00 |
| Miscellaneous household goods | 11 USC § 522(d)(3) | $1,000.00 | $1,000.00 |
| Miscellaneous books | 11 USC § 522(d)(3) | $100.00 | $100.00 |
| Miscellaneous clothing | 11 USC § 522(d)(3) | $500.00 | $500.00 |
| Jewelry | 11 USC § 522(d)(4) | $500.00 | $500.00 |
| Ski equipment | 11 USC § 522(d)(3) | $100.00 | $100.00 |
| Bayberry Associates, Inc. a Delaware corp, which owns a sailboat; 10% of outstanding stock | 11 USC § 522(d)(5) | $4,200.00 | $4,200.00 |

0    continuation sheet(s) attached

In re: Richard P. Imbruce

Social Security No.: 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

Debtor

Case No.

Chapter    7

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  **Check this box if debtor has no creditors holding secured claims to report on this Schedule D.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No: 4121741333381114<br>Capital One Bank<br>P.O. Box 85064`<br>Glen Allen, VA 23060 | | I | Date Incurred:  October, 2000<br>Nature of Lien:  Secured credit card<br>Property:<br>bank account with Capital One Bank for secured credit card<br><br>VALUE: $1,100.00 | | | | $2,799.00<br><br>Estimated | $1,699.00 |
| Account No: CV99-0170369S<br>Citicorp Mortgage, Inc.<br>c/o Pierre-Yves Kolakowski, Esq.<br>35 Mason Street<br>Greenwich, CT 06830 | X | J | Date Incurred:  January 27, 1989<br>Nature of Lien: Mortgage<br><br><br>VALUE: $0.00 | | | | For notice only | $0.00 |
| Account No: 95428920189<br>Citicorp Mortgage, Inc.<br>15851 Clayton Road<br>Ballwin, MO 63011 | | J | Date Incurred:  January 27, 1989<br>Nature of Lien:  Mortgage<br>Property:<br>Single family residence; 27 Bayberry La, Westport, CT<br><br>VALUE: $397,500.00 | | | | $680,000.00<br><br>Estimated | $282,500.00 |
| Account No:<br>Citytrust/Diversified<br>c/o Ury & Moskow, LLC<br>P.O. Box 231<br>Westport, CT  06881 | | J | Date Incurred:  June 27, 1989<br>Nature of Lien:  Judgment lien<br>Property:<br>Single family residence; 27 Bayberry La, Westport, CT<br><br>VALUE: $397,500.00 | | | | $84,000.00<br><br>Estimated | $84,000.00 |
| Account No: SCA20-10933<br>John Wilson, M.D.<br>c/o Edward Kunin, Esq.<br>195 Tunxis Road<br>Fairfield, CT  06432 | X | J | Date Incurred:<br>Nature of Lien: Judgment lien<br>Property:<br>Single family residence; 27 Bayberry La, Westport, CT<br><br>VALUE: $397,500.00 | | | | $1,855.00<br><br>Estimated | $1,855.00 |
| Account No: CVNH-5736<br>Louis J. D'Amato<br>183 Quarry Road<br>Milford, CT  06460 | | I | Date Incurred:  April 22, 1997<br>Nature of Lien:  Judgment lien<br><br><br>VALUE: $0.00 | | | | $32,000.00<br><br>Estimated | $32,000.00 |
| Account No: CVNH-5736<br>Louis J. D'Amato<br>c/o James Walsh, Esq.<br>103 Main Street<br>Ansonia, CT  06401 | | I | Date Incurred:  April 22, 1997<br>Nature of Lien: Judgment lien<br>Property:<br>Single family residence; 27 Bayberry La, Westport, CT<br><br>VALUE: $397,500.00 | | | | For notice only | $32,000.00 |

(Total of this page)  Subtotal ⇒   $800,654.00

Total ⇒   N/A

1     continuation sheet(s) attached

In re: **Richard P. Imbruce**

Social Security No.:   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

Debtor

Case No.

Chapter   7

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | HUS., WIFE, JOINT, OR COMM | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| **Account No: 20SCA10933**<br>Norwalk Anesthesiology, PC<br>9 Mott Avenue<br>Norwalk, CT  06850 | | I | Date Incurred:  November, 1999<br>Nature of Lien:  Judgment lien<br><br>VALUE: $0.00 | | | | $1,177.00<br><br>Estimated | $1,177.00 |
| **Account No: unknown**<br>Norwalk Hospital Association<br>c/o Salvin & Salvin<br>P.O. Box 487<br>Wilton, CT  06897 | X | J | Date Incurred:  July 25, 1997<br>Nature of Lien:  Judgment lien<br>Property:<br>Single family residence; 27 Bayberry La, Westport, CT<br>VALUE: $397,500.00 | | | | $1,054.55 | $1,054.55 |
| **Account No: SC 20 6662**<br>Norwalk Hospital Association<br>c/o Salvin & Salvin<br>P.O. Box 487<br>Wilton, CT  06897 | | I | Date Incurred:  8/22/00<br>Nature of Lien:  Judgment<br><br>VALUE: $0.00 | | | | $4,268.00 | $4,268.00 |
| **Account No: CV99-0173955S**<br>Ronald Gross, M.D.<br>c/o Richard Tolisano, Esq.<br>2 Congress Street<br>Hartford, CT  06114-1024 | | I | Date Incurred:  May, 2000<br>Nature of Lien:  Judgment<br><br>VALUE: $0.00 | | | | For notice only | $3,984.97 |
| **Account No: CV99-0173955S**<br>Ronald Gross, M.D.<br>149 East Avenue<br>Norwalk, CT  06851 | | I | Date Incurred:  May, 2000<br>Nature of Lien:  Judgment<br><br>VALUE: $0.00 | | | | $3,984.97 | $3,984.97 |
| **Account No: unknown**<br>Standard Oil of Connecticut, Inc.<br>299 Bishop Avenue<br>Bridgeport, CT  06610 | | I | Date Incurred:  August 9, 1990<br>Nature of Lien:  Judgment lien<br>Property:<br>Single family residence; 27 Bayberry La, Westport, CT<br>VALUE: $397,500.00 | | | | $941.41 | $941.41 |
| **Account No: 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**<br>State of Connecticut<br>Department of Revenue Services<br>25 Sigourney Street<br>Hartford, CT  06106 | | I | Date Incurred:  November 20, 1996<br>Nature of Lien:  State tax lien for income tax liabilities<br>Property:<br>Single family residence; 27 Bayberry La, Westport, CT<br>VALUE: $397,500.00 | | | | $1,680.00 | $1,680.00 |
| **Account No: None**<br>Walter Baum<br>9 Singing Woods Road<br>Norwalk, CT  06855 | | I | Date Incurred:  June 1, 1995<br>Nature of Lien:  Mortgage<br>Property:<br>Single family residence; 27 Bayberry La, Westport, CT<br>VALUE: $397,500.00 | | | | $230,000.00 | $230,000.00 |

0    continuation sheet(s) attached

(Total of this page) Subtotal ⇨   $243,105.93

Total ⇨   $1,043,759.93

In re: **Richard P. Imbruce**

**Case No.**

**Chapter    7**

Social Security No.:    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

Debtor

# SCHEDULE  E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ **Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.**

**TYPES OF PRIORITIES (Check the appropriate box(s) below if claims in that category are listed on the attached sheets)**

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to a maximum of $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, maintenance or support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1    continuation sheet(s) attached

In re: **Richard P. Imbruce**

**Social Security No.:** 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

Debtor

**Case No.**

**Chapter   7**

# SCHEDULE  E -  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes, debts owed to government

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No: 92853000<br>State of Connecticut<br>Department of Labor<br>25 Folly Brook Boulevard<br>Wethersfield, CT  06109 | X | J | **Date Incurred:** November 20, 1996<br>**Consideration for Claim:**<br>property taxes | | | | $2,136.27<br><br>Estimated | $2,136.27 |
| | | | | | | | | |

|  |  |  |  |
|---|---|---|---|
| 0   continuation sheet(s) attached | (Total of this page)  Subtotal ⇒ | $2,136.27 |
| | Total ⇒ | $2,136.27 |

In re: **Richard P. Imbruce**

**Case No.**

**Chapter**   7

**Social Security No.:**   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

Debtor

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: 2001621301403<br>American Airlines<br>P.O. Box 8189<br>Gray, TN 37615 | | I | Date Incurred:  June, 1997<br>Consideration for Claim:<br>Credit card purchases | | | | $895.24 |
| Account No: 4336006283034704<br>Bank of America<br>1825 E. Buckeye Road<br>Phoenix, AZ 85034 | X | J | Date Incurred:  October, 1995<br>Consideration for Claim:<br>Credit card purchases | | | | $5,292.00 |
| Account No: 4811029208; 12070927<br>Chase Manhattan Bank<br>c/o Plaza Associates<br>370 Seventh Avenue, 15th fl<br>New York, NY 10001 | | I | Date Incurred:  various<br>Consideration for Claim:<br>Credit card purchases | | | | *For notice only |
| Account No: 4811029208; 12070927<br>Chase Manhattan Bank<br>Bankruptcy Unit<br>100 Duff Avenue<br>Hicksville, NY 11801 | | I | Date Incurred:  various<br>Consideration for Claim:<br>Credit card purchases | | | | $2,678.81 |
| Account No: 0000000089482551<br>Citibank<br>c/o Academy Collection<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 | | I | Date Incurred:  various<br>Consideration for Claim:<br>Credit card purchases | | | | $6,045.90 |
| Account No: #1020123<br>Citibank<br>c/o Northland Group<br>P.O. Box 390857<br>Edina, MN 55439 | | I | Date Incurred:  Various<br>Consideration for Claim:<br>Credit card purchases | | | | $8,439.20 |
| Account No: B-8N1673508<br>Coldata, Inc.<br>500 Rockaway Avenue<br>Valley Stream, NY 11581 | | I | Date Incurred:  July, 1999<br>Consideration for Claim:<br>Credit card purchases; Norwest Bk obligation | | | | *For notice only |

| | (Total of this page)  Subtotal ⇒ | $23,351.15 |
|---|---|---|
| 3     continuation sheet(s) attached | Total ⇒ | N/A |

In re: **Richard P. Imbruce**

Social Security No.: **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**

Debtor

Case No.

Chapter    7

# SCHEDULE  F  -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No: 3480744AO**<br>Commercial Financial<br>E 81st Street<br>Tulsa, OK  74137 | X | J | Date Incurred:   July, 1999<br>Consideration for Claim:<br>Credit card purchases-First Union Bank | | | | *For notice only |
| **Account No: 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**<br>Department of Revenue Services<br>25 Sigourney Street<br>Hartford, CT  06106 | | | Date Incurred:<br>Consideration for Claim:<br>Civil penalty, 1993-1994 | | | | Amount Unknown |
| **Account No: 5021660017**<br>First Omni Bank<br>c/o CSC Credit Services<br>P.O. Box 3180<br>Anderson, IN  46018 | | I | Date Incurred:   Various<br>Consideration for Claim:<br>Credit card purchases | | | | $6,274.19 |
| **Account No: 2905402000074096**<br>First Union Bank<br>c/o NCO Financial Systems<br>P.O. Box 7627<br>Ft. Washington, PA  19034 | | I | Date Incurred:   Various<br>Consideration for Claim:<br>Credit card purchases | | | | *For notice only |
| **Account No: 2905402000074096**<br>First Union Bank<br>152 Main Street<br>P.O. Box 606<br>New Canaan, CT  06840 | | I | Date Incurred:   Various<br>Consideration for Claim:<br>Credit card purchases | | | | $5,192.26 |
| **Account No: B-8N1673508**<br>Fleet National Bank<br>Attn:  Credit<br>P.O. Box 15480<br>Wilmington, DE  19850 | | I | Date Incurred:   July, 1999<br>Consideration for Claim:<br>Credit card purchases; Norwest Bk obligation | | | | $6,456.00 |
| **Account No: 2905402000074096**<br>Fund Recovery<br>P.O. Box 2248<br>Jacksonville, FL  32203 | | I | Date Incurred:   January, 1998<br>Consideration for Claim:<br>Credit card purchases | | | | *For notice only |
| **Account No: 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**<br>Internal Revenue Service-SPF<br>Margaret Coughlin, Bankruptcy<br>135 High Street, Stop 155<br>Hartford,. CT  06103 | | | Date Incurred:   1993-1994<br>Consideration for Claim:<br>Civil penalty for 1993-1994 taxes | | | | Amount Unknown |

| | | |
|---|---|---|
| 2    continuation sheet(s) attached | **(Total of this page)**   Subtotal ⇒ | $17,922.45 |
| | Total ⇒ | N/A |

In re:  **Richard P. Imbruce**

Social Security No.:    **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**

Debtor

Case No.

Chapter    7

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No: CV99-0173032S**<br>John Bigos<br>21 Montauk Avenue<br>New London, CT  06320 | | I | Date Incurred:    1999<br>**Consideration for Claim:**<br>Miscellaneous services | | | | Amount Unknown |
| **Account No: CV98-0352836S**<br>Kybo Corporation, Inc.<br>c/o Lev, Berlin & Dale, PC<br>535 Connecticut Avenue<br>Norwalk, CT  06854 | | J | Date Incurred:    1998<br>**Consideration for Claim:**<br>personal unsecured loan | | | | Amount Unknown |
| **Account No: CV97-0160120S**<br>Lev, Berlin & Dale, PC<br>535 Connecticut Avenue<br>Norwalk, CT  06854 | | J | Date Incurred:    1997<br>**Consideration for Claim:**<br>Legal fees | | | | $0.00 |
| **Account No: CV99-0173031S**<br>Murguraspalli Ganesin<br>122 Broad Street<br>Milford, CT  06460 | | I | Date Incurred:    1999<br>**Consideration for Claim:**<br>Miscellaneous services | | | | Amount Unknown |
| **Account No: SC20 6662**<br>Norwalk Hospital<br>c/o Salvin & Salvin<br>P.O. Box 487<br>Wilton, CT  06897 | | I | Date Incurred:    July 25, 1997<br>**Consideration for Claim:**<br>Medical Services | | | | $1,054.55 |
| **Account No: None**<br>Quest Diagnostics<br>3 Sterling Drive<br>P.O. Box 5053<br>Wallingford, CT  06492 | | I | Date Incurred:    July, 1999<br>**Consideration for Claim:**<br>Medical services | | | | $178.50 |
| **Account No: 432350141261**<br>The Bank of New York<br>c/o Coldata, Inc.<br>P.O. Box 711477<br>Cincinnatti, OH  45271 | | I | Date Incurred:    November, 1996<br>**Consideration for Claim:**<br>Credit card purchases | | | | *For notice only |
| **Account No: 532350141261**<br>The Bank of New York<br>c/o Chase Bank, Bankruptcy<br>100 Duff Avenue<br>Hicksville, NY  11801 | | I | Date Incurred:    November, 1996<br>**Consideration for Claim:**<br>Credit card purchases; Bk of New York | | | | $4,482.00 |

| | | |
|---|---|---|
| 1    continuation sheet(s) attached | (Total of this page)    Subtotal  ⇨ | $5,715.05 |
| | Total  ⇨ | N/A |

In re: **Richard P. Imbruce**

Social Security No.:   **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**

Debtor

Case No.

Chapter   **7**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No: 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**<br>United States Attorney<br>P.O. Box 1824<br>New Haven, CT 06508 | | I | Date Incurred:<br>Consideration for Claim: | | | | *For notice only |
| **Account No: 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**<br>United States Trustee<br>One Century Tower<br>265 Church Street, Ste 1104<br>New Haven, CT 06510 | | I | Date Incurred:<br>Consideration for Claim: | | | | *For notice only |

|  |  |  |
|---|---|---|
| 0 continuation sheet(s) attached | (Total of this page)   Subtotal ⇨ | $0.00 |
| | Total ⇨ | $46,988.65 |

In re:  **Richard P. Imbruce**

**Case No.**

**Chapter    7**

Social Security No.:   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

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e. "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| BMW Financial Services<br>Chestnut Ridge Road<br>Montvale, NJ  07645 | Co-signed lease for BMW automobile for son, Greg Imbruce. |
| Ford Motor Credit<br>P.O. Box 526<br>North Haven, CT  06473 | Three year lease for 1998 Ford Explorer; expires April, 2001; account number BKN246JB12 |
| Ford Motor Credit<br>P.O. Box 526<br>North Haven, CT  06473 | Two year lease for 2000 Explorer; expires November, 2002; account number BKN246TTC7 |

<u>0</u>    continuation sheet(s) attached

In re: **Richard P. Imbruce**

**Case No.**

**Chapter**    7

**Social Security No.:    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**

Debtor

# SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR. | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ann P. Imbruce<br>27 Bayberry Lane<br>Westport, CT  06880 | Bank of America<br>1825 E. Buckeye Road<br>Phoenix, AZ  85034 |
| | Citicorp Mortgage, Inc.<br>c/o Pierre-Yves Kolakowski, Esq.<br>35 Mason Street<br>Greenwich, CT  06830 |
| | Commercial Financial<br>E 81st Street<br>Tulsa, OK  74137 |
| | Fund Recovery<br>P.O. Box 2248<br>Jacksonville, FL  32203 |
| | John Wilson, M.D.<br>c/o Edward Kunin, Esq.<br>195 Tunxis Road<br>Fairfield, CT  06432 |
| | Norwalk Hospital Association<br>c/o Salvin & Salvin<br>P.O. Box 487<br>Wilton, CT  06897 |
| Pneumedics, Inc.<br>25 Van Zant Street<br>Norwalk, CT  06855 | State of Connecticut<br>Department of Labor<br>25 Folly Brook Boulevard<br>Wethersfield, CT  06109 |

0    continuation sheet(s) attached

## UNITED STATES BANKRUPTCY COURT

**Connecticut**

**Bridgeport**

In re:
Richard P. Imbruce
Debtor

Chapter 7

Case Number: _____

## Declaration Under Penalty of Perjury by Individual / Joint Debtor

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 17 sheets, and they are true and correct to the best of my knowledge, information and belief.

Date:  _____    Signature:  _____

Richard P. Imbruce

---

### Certification and Signature of Non - Attorney Bankruptcy Petition Preparer ( See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Print or Typed Name of Bankruptcy Petition Preparer

_____

Social Security Number

_____

_____

Address                    Tel . No.

Name and Social Security Number of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____

Signature of Bankruptcy Petition Preparer

_____

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment ot both.  11 U.S.C. § 110, 18 U.S.C. § 156.

## Declaration Under Penalty of Perjury on Behalf of Corporation or Partnership

I, _____, _____ of the _____, named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 17 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  _____

Signature:  _____

Name:  _____

Title:  _____

# UNITED STATES BANKRUPTCY COURT
### Connecticut
### Bridgeport

In re: **Richard P. Imbruce**

Case No. _____

## Statement Of Financial Affairs

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"IN BUSINESS." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"INSIDER." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

| None | **1. Income from employment or operation of business** |
|---|---|
| [ ] | State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

|  | Amount | Source (if more than one) | Year | Fiscal Year |
|---|---|---|---|---|
| H | $16,660.00 | Pneumedics, Inc. | 2000 | |
| H | $12,500.01 | AstraZenecca, LP | 2000 | |
| H | $16,600.00 | Pneumedics, Inc. | 1999 | |

Form7. Statement of Financial Affairs

|   |   |   |   |
|---|---|---|---|
| H | $16,689.00 | Pneumedics, Inc. | 1998 |

**None**
**[X]**

**2. Income other than from employment or operation of business**
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source (if more than one) | Year |
|---|---|---|

**None**
**[X]**

**3. Payments to creditors**
A. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|

**None**
**[X]**

B. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|

Form7. Statement of Financial Affairs

**None**

**[ ]**

**4. Suits and administrative proceedings, executions, garnishments and attachments**

A. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Norwalk Hospital v. Richard Imbruce, et al CV00-0178080S | Collection lawsuit | Superior Court 123 Hoyt Street Stamford, CT 06905 | Judgment entered August 22, 2000 |
| Lev, Berlin & Dale, PC v. Richard Imbruce, et al CV97-0160120S | civil lawsuit | Superior Court 123 Hoyt Street Stamford, CT 06905 | Pending |
| Kybo Corporation, Inc. v. Richard Imbruce, et al CV98-0352836S | | Superior Court 1061 Main Street Bridgeport, CT 06604 | Settled |
| Richard Imbruce v. Murgursapalli Ganesin CV99-0173031S | | Superior Court 123 Hoyt Street Stamford, CT 06905 | Pending |
| Richard Imbruce v. John Bigos CV99-0173032S | | Superior Court 123 Hoyt Street Stamford, CT 06905 | Pending |
| Ronald Gross v. Richard Imbruce, et al CV99-0173955S | Collection lawsuit | Superior Court 123 Hoyt Street Stamford, CT 06905 | Judgment entered May 4, 2000 |
| Louis D'Amata, et al v. Pneumedics, Inc., et al CVNH-5736 | | Housing Session, Superior Court 121 Elm Street New Haven, CT 06510 | Judgment lien; April, 1997 |
| Norwalk Anesthesiology v. Richard Imbruce SCA 11276 | Collection lawsuit | Small Claims 17 Belden Avenue Norwalk, CT 06850 | Judgment in the amount of $1,177 |
| John Wilson v. Richard Imbruce SCA20-10933 | Collection | Small Claims 17 Belden Avenue Norwalk, CT 06850 | Judgment in the amount of $1,855. |

Form7. Statement of Financial Affairs

None
|X|

B. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person forWhose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
|---|---|---|

None
| |

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
|---|---|---|
| Citicorp Mortgage, Inc. Pierre-Yves Kolakowski, Esq. 35 Mason Street Stamford, CT 06830 | 1999 | Single family dwelling |

None
|X|

**6. Assignments and receiverships**

A. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|

Form7. Statement of Financial Affairs

None
[X]

B. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court, Case Title &Number | Date of Order | Description and Value of Property |
|---|---|---|---|

None
[X]

### 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

None
[X]

### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances and, If Loss was Covered in Whole or in Part By Insurance, Give Particulars | Date Of Loss |
|---|---|---|

Form7. Statement of Financial Affairs

None
[ ]

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if Other Than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| Stuart B. Ratner, P.C.<br>111 Prospect Street, Suite 2000<br>Stamford, CT 06901-1208 | 12/19/00 | $2,500.00 |

None
[X]

### 10. Other transfers

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|

None
[X]

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type and Number of Account and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

Form7. Statement of Financial Affairs

None
[X]

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Name and Addresses of Those With Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
| --- | --- | --- | --- |

None
[X]

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
| --- | --- | --- |

None
[X]

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
| --- | --- | --- |

None
[X]

**15. Prior address of debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
| --- | --- | --- |

Form7. Statement of Financial Affairs

[If completed on behalf of ~~a partnership or corporation~~ an individual ]

   I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of
Financial Affairs and any attachments thereto and that they are true and correct to the best of my knowledge,
information and belief.

Date    _12/22/00_    Signature    X _Richard P. Imbruce_

                      Print Name and Title    _Richard P. Imbruce_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

   Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Form7. Statement of Financial Affairs

Stuart B. Ratner
Stuart B. Ratner, P.C.
111 Prospect Street

Stamford, CT 06901-1208
Tel: (203) 323-4900
Fax: (203) 323-4141
**Attorney for Petitioner**

## UNITED STATES BANKRUPTCY COURT
### Connecticut
### Bridgeport

In re:                                                                                            Chapter 7
Richard P. Imbruce                                              Case Number: _____
Debtor

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, consisting of 5 pages including this declaration, is true, correct and complete to the best of my knowledge.

Dated: Friday, December 22, 2000

_____
Richard P. Imbruce
Debtor


_____
Stuart B. Ratner
Attorney for Petitioner

## STUART B. RATNER, P. C.

A PROFESSIONAL CORPORATION
ATTORNEY AT LAW
111 PROSPECT STREET
STAMFORD, CONNECTICUT 06901

STUART B. RATNER

---

ADMITTED:   CONNECTICUT BAR
NEW YORK BAR
U.S. TAX COURT
U.S. DISTRICT COURT

TELEPHONE
(203) 323-4900

FAX
(203) 323-4141

December 22, 2000

VIA UPS DELIVERY

Clerk
United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

Re: Chapter 7 Bankruptcy; Richard P. Imbruce

Dear Sir or Madam:

Please find enclosed the following:

1.   One original, fully executed voluntary Chapter 7 petition for the captioned individual;

2.   Three copies of the voluntary Chapter 7 petition;

3.   A check, made payable to the order of the Clerk-U.S. Bankruptcy Court, in the amount of $200 in payment of the voluntary Chapter 7 petition fee; and

4.   A disc containing the creditor matrix.

Please file the enclosed voluntary petition in bankruptcy as promptly as possible and return the filing receipt and one stamped copy of the petition to my attention in the self-addressed envelope enclosed for your convenience.

Of course, if you have any comments or questions, please do not hesitate to call.

Sincerely,

Stuart B. Ratner

SBR/th
enclosure

American Airlines
P.O. Box 8189
Gray, TN 37615


Bank of America
1825 E. Buckeye Road
Phoenix, AZ 85034


Capital One Bank
P.O. Box 85064`
Glen Allen, VA 23060


Chase Manhattan Bank
Bankruptcy Unit
100 Duff Avenue
Hicksville, NY 11801


Chase Manhattan Bank
c/o Plaza Associates
370 Seventh Avenue, 15th fl
New York, NY 10001


Citibank
c/o Academy Collection
10965 Decatur Road
Philadelphia, PA 19154-3210


Citibank
c/o Northland Group
P.O. Box 390857
Edina, MN 55439


Citicorp Mortgage, Inc.
15851 Clayton Road
Ballwin, MO 63011


Citicorp Mortgage, Inc.
c/o Pierre-Yves Kolakowski,
35 Mason Street
Greenwich, CT 06830


Citytrust/Diversified
c/o Ury & Moskow, LLC
P.O. Box 231
Westport, CT 06881

Coldata, Inc.
500 Rockaway Avenue
Valley Stream, NY 11581


Commercial Financial
E 81st Street
Tulsa, OK 74137


Department of Revenue
25 Sigourney Street
Hartford, CT 06106


First Omni Bank
c/o CSC Credit Services
P.O. Box 3180
Anderson, IN 46018


First Union Bank
152 Main Street
P.O. Box 606
New Canaan, CT 06840


First Union Bank
c/o NCO Financial Systems
P.O. Box 7627
Ft. Washington, PA 19034


Fleet National Bank
Attn: Credit
P.O. Box 15480
Wilmington, DE 19850


Fund Recovery
P.O. Box 2248
Jacksonville, FL 32203


Internal Revenue Service-SPF
Margaret Coughlin,
135 High Street, Stop 155
Hartford,, CT 06103


John Bigos
21 Montauk Avenue
New London, CT 06320

Jonn Wilson, M.D.
c/o Edward Kunin, Esq.
195 Tunxis Road
Fairfield, CT 06432


Kybo Corporation, Inc.
c/o Lev, Berlin & Dale, PC
535 Connecticut Avenue
Norwalk, CT 06854


Lev, Berlin & Dale, PC
535 Connecticut Avenue
Norwalk, CT 06854


Louis J.  D'Amato
183 Quarry Road
Milford, CT 06460


Louis J. D'Amato
c/o James Walsh, Esq.
103 Main Street
Ansonia, CT 06401


Murguraspalli Ganesin
122 Broad Street
Milford, CT 06460


Norwalk Anesthesiology, PC
9 Mott Avenue
Norwalk, CT 06850


Norwalk Hospital
c/o Salvin & Salvin
P.O. Box 487
Wilton, CT 06897


Norwalk Hospital Association
c/o Salvin & Salvin
P.O. Box 487
Wilton, CT 06897


Quest Diagnostics
3 Sterling Drive
P.O. Box 5053
Wallingford, CT 06492

Ronald Gross, M.D.
c/o Richard Tolisano, Esq.
2 Congress Street
Hartford, CT 06114-1024


Ronald Gross, M.D.
149 East Avenue
Norwalk, CT 06851


Standard Oil of Connecticut,
299 Bishop Avenue
Bridgeport, CT 06610


State of Connecticut
Department of Labor
25 Folly Brook Boulevard
Wethersfield, CT 06109


State of Connecticut
Department of Revenue
25 Sigourney Street
Hartford, CT 06106


The Bank of New York
c/o Coldata, Inc.
P.O. Box 711477
Cincinnatti, OH 45271


The Bank of New York
c/o Chase Bank, Bankruptcy
100 Duff Avenue
Hicksville, NY 11801


United States Attorney
P.O. Box 1824
New Haven, CT 06508


United States Trustee
One Century Tower
265 Church Street, Ste 1104
New Haven, CT 06510


Walter Baum
9 Singing Woods Road
Norwalk, CT 06855